**FILED**

Apr 02 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/AC          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DENNIS WALLACE HAGGERTY,<br> aka Dennis Wallace Haggerty II,<br><br>                Defendant. | Case No. ___'26 CR1170 LL___<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(8) - Felon in Possession of Ammunition and a Firearm; Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about January 28, 2026, within the Southern District of California, defendant DENNIS WALLACE HAGGERTY, aka Dennis Wallace Haggerty II, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce; in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(8).

//

//

SMF:nlv:San Diego:4/1/26

Count 2

On or about January 28, 2026, within the Southern District of California, defendant DENNIS WALLACE HAGGERTY, aka Dennis Wallace Haggerty II, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: an unserialized Polymer80, Inc. 9mm pistol; a Taurus PT92 9mm semi-automatic pistol bearing the serial number TGJ00048; and a .25 caliber F.I.E. Titan pistol bearing the serial number D952165; all in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATIONS

Upon conviction of one and more of the offenses alleged in this Indictment, defendant DENNIS WALLACE HAGGERTY, aka Dennis Wallace Haggerty II, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: an unserialized Polymer80, Inc. 9mm pistol; a Taurus PT92 9mm semi-automatic pistol bearing the serial number TGJ00048; and a .25 caliber F.I.E. Titan pistol bearing the serial number D952165.

If any of the above-described forfeitable property, as a result of any act or omission by the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: April 2, 2026.

A TRUE BILL:

ADAM GORDON
United States Attorney

By: _____
SARAH M. FIX
Assistant U.S. Attorney